UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
UNITED STATES OF AMERICA             :
                                     :
    -against-                         :   12-CR-732 (VEC)
                                     :
NELSON TORRES,                       :   ORDER
                                     :
                   Defendant.      :
---------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

    WHEREAS on March 5, 2025, Mr. Torres requested that the Court issue an order recommending that the Bureau of Prisons ("BOP") designate a New York State Correctional Facility as the place of confinement for service of his federal sentence, *nunc pro tunc*, which would allow, at the discretion of BOP, his federal sentence to run concurrently to his state sentence.  *See* Dkt. 310; and

    WHEREAS on March 27, 2025, the Government informed the Court that it does not oppose Mr. Torres's request.  *See* Dkt. 315.

    IT IS HEREBY ORDERED that, in consideration of the arguments set forth in Mr. Torres's March 5, 2025, letter and the Government's March 27, 2025, response, the Court recommends that the BOP designate a New York State Correctional Facility as the place of confinement for service of Mr. Torres's federal sentence, *nunc pro tunc*, and allow his federal sentence to run concurrently to his state sentence.

**SO ORDERED.**

Date:  March 28, 2025
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**